#60613
FILED
2010 MAY -6 PM 1: 24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

In Re: ) Case No. 06-61920-RK
)
FRY, STEVEN S. ) Chapter 7
FRY, HEIDI J. )
    Debtor(s). ) Judge: KENDIG
)
)

## TRANSMITTAL OF UNCLAIMED FUNDS

ANNE PIERO SILAGY, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Bank of America
Mr. M-BK
P.O. Box 53160
Phoenix, Arizona 85072-3160
Claim No. 4 - $22,205.03
Dividend Paid - $984.41

2. Your trustee's check for $984.41 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 4, 2010

                          ANNE PIERO SILAGY, Trustee
                          220 Market Ave South
                          Suite 900
                          Canton, OH 44702
                          (330) 456-0900

cc: United States Trustee